UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUL 15 2010
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
v. ) No. 4:10CR00392RWS
)
MELIKA YESUF, )
)
        Defendant. )

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about November 30, 2007, in the Eastern District of Missouri,

**MELIKA YESUF**,

the defendant herein, did knowingly enter into a marriage for the purpose of evading a provision of the immigration laws of the United States, that is, she married to obtain status as a permanent resident alien when she was not eligible for said status.

In violation of, and punishable under, Title 8, United States Code, Section 1325(c).

A TRUE BILL

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
JOHN J. WARE, #11644
Assistant United States Attorney